UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 9:21-CR-80117-ROSENBERG/REINHART

UNITED STATES OF AMERICA

v.

BRYAN ORO,

    Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

**THIS MATTER** comes before the Court upon Defendant's Motion to Suppress, DE 19, which was referred to the Honorable Bruce E. Reinhart for a Report and Recommendation, DE 20. On December 27, 2022, Judge Reinhart issued the Report and Recommendation. DE 25. On January 5, 2023, Defendant objected to the Report and Recommendation. DE 26.

The Court has conducted a *de novo* review of Judge Reinhart's Report and Recommendation, the objection, and the record, and it is otherwise fully advised in the premises. Upon review, the Court finds Judge Reinhart's Report and Recommendation to be well reasoned and correct. The Court concludes that Defendant's Motion to Suppress should be denied for the reasons set forth in the Report and Recommendation. For the foregoing reasons, it is hereby **ORDERED AND ADJUDGED** that the Report and Recommendation [DE 25] is **ADOPTED** and the Defendant's Motion to Suppress [DE 19] is **DENIED** for all of the reasons set forth in the Report.

**DONE and ORDERED** in Chambers, West Palm Beach, Florida, on this 6th day of January, 2023.

Copies furnished to:
Counsel of Record

ROBIN L. ROSENBERG
UNITED STATES DISTRICT JUDGE